IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

JUN 03 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____KB_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR 25-206 G |
| | ) | |
| JENDAYA KASHAR BRENNAN, | ) | Violation: 49 U.S.C. § 46504 |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Interference with Flight Crew Members and Attendants)**

On or about May 22, 2025, in the Western District of Oklahoma and elsewhere,

-------------------------------- **JENDAYA KASHAR BRENNAN,** --------------------------------

on an aircraft in the special aircraft jurisdiction of the United States, namely Southwest Airline flight #3239 traveling from Nashville, Tennessee, to Phoenix, Arizona, knowingly interfered with the performance of the duties of flight crew members and flight attendants of the aircraft, and lessened the ability of the flight crew members and flight attendants to perform those duties, by assaulting and intimidating the flight crew members and flight attendants and attempting to do so, which caused the flight to be diverted to Will Rogers World Airport in Oklahoma City, Oklahoma.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

JESSICA L. PERRY
MATT DILLON
Assistant United States Attorneys